```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

AVEN COTTON,                          :

    Petitioner,                  :

v.                                    :        CIVIL ACTION 06-0042-CB-M

JAMES DeLOACH,                        :

    Respondent.                  :

**ORDER**

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED.

DONE this 8th day of May, 2006.

                                                *s/Charles R. Butler, Jr.*
                                               **Senior United States District Judge**